# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Darron J. Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00028-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Cranford | ) | |
| FNU Harrington | | |
| FNU Estridge | | |
| FNU Roberson | | |
| FNU Dycus | | |
| FNU Smith | | |
| FNU Rivera | | |
| FNU Young | | |
| FNU Barrett | | |
| FNU Hanson | | |
| FNU Warden, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2016 Order.

August 24, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court